IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **William T. Young**, ) | C.A. No. 0:05-1466-CMC-BM |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **Laurens County Jail; and** ) | |
| **Henry McMaster, Attorney General** ) | |
| **for South Carolina**, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Petitioner, a state prisoner proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with the court's order of reference, 28 U.S.C. § 636(b), and Local Rule 73.02 (B)(2)(b) and (d) (D.S.C.), this matter was referred to United States Magistrate Judge Bristow Marchant for pre-trial proceedings and a Report and Recommendation. On July 1, 2005, the Magistrate Judge issued a Report recommending that this matter be dismissed without prejudice for failure to exhaust state remedies. The Magistrate Judge advised Petitioner of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Petitioner has filed no objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with

instructions.  *See* 28 U.S.C. § 636(b).

After reviewing the Petition and the Report and Recommendation of the Magistrate Judge, the court agrees with the recommendation of the Magistrate Judge.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.  This matter is dismissed without prejudice for failure to exhaust state remedies.

**IT IS SO ORDERED.**

       s/ Cameron McGowan Currie
       CAMERON MCGOWAN CURRIE
       UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 17, 2005

C:\temp\notesFFF692\~6806900.wpd